### 27745. KNIGHTON v. KNIGHTON.

GUNTER, Justice. The sole issue for decision in this case is whether a lump-sum alimony award returned by a jury, and incorporated in the trial court's judgment, is supported by the evidence contained in the transcript of the trial.

Having reviewed the transcript, we conclude that the jury's award is adequately supported by the evidence. *Judgment affirmed. All the Justices concur.*

ARGUED FEBRUARY 12, 1973 — DECIDED APRIL 25, 1973.

*Tracy Moulton, Jr.,* for appellant.
*George A. Bell,* for appellee.